## LEWIS v. LYNDE-BOWMAN-DARBY CO.

No. 5342.   Opinion Filed September 21, 1915.

(151 Pac. 1045.)

**APPEAL AND ERROR—Presentation Below—Motion for New Trial.**
To have errors occurring at the trial of a case reviewed in the
Supreme Court, a motion for a new trial must have been filed and
acted on by the trial court, and exceptions saved to the refusal
of the trial court to grant the new trial.

(Syllabus by Devereux, C.)

*Error from Superior Court, Muskogee County;*
*Farrar L. McCain, Judge.*

Action by Mollie Lewis against the Lynde-Bowman-
Darby Company.   Judgment for defendant, and plaintiff
brings error.   Dismissed.

This was an action brought by the plaintiff in error
for the purpose of having a judgment, theretofore ren-
dered against the plaintiff in error, set aside on the
ground of fraud in procuring the judgment.   After the
action was commenced, one Sallie Manuel was allowed to
intervene and ask to have the same judgment set aside
as to her.   After a jury had been impaneled, and while
the evidence was being introduced, by consent of all par-
ties, the jury was discharged, and the case submitted to
the court.   The court set aside the judgment as to Sallie
Manuel, but refused so to do as to Mollie Lewis, and she
brings the case here by petition in error and case-made.
No motion for a new trial was filed in the court below, how-
ever, and the defendant in error has filed a motion to dis-
miss the appeal for this reason.

*W. F. Seaver* and *Joe Johnson*, for plaintiff in error.

*Roach & Bradley*, for defendant in error.

Opinion by DEVEREUX, C. (after stating the facts as above). It has been repeatedly held by this court that, to have errors occurring at the trial of a case reviewed by this court, a motion for a new trial must have been filed and acted on by the trial court, and exceptions saved to the judgment of the court in passing on the motion for a new trial. *Martin v. Gassert,* 17 Okla. 177, 87 Pac. 586; *Meyer v. James,* 29 Okla. 7, 115 Pac. 1016; *Board of Com'rs of Beaver County v. Langston,* 41 Okla. 715, 139 Pac. 956. No motion for a new trial having been filed in this case, and all of the alleged errors complained of having occurred at the trial, the appeal should be dismissed.

We therefore recommend that the appeal be dismissed.

By the Court: It is so ordered.